**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile    602.640.9050

Scott W. Rodgers, 013082
srodgers@omlaw.com
John L. Blanchard, 018995
jblanchard@omlaw.com
Kristin L. Windtberg, 024804
kwindtberg@omlaw.com
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793
(602) 640-9000

Attorneys for American Traffic Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Traffic Solutions, Inc., a Kansas corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Michael J. Lenza, an individual, Public Finance Strategies, LLC, a Delaware Limited Liability Company, and Photo Enforcement Consultants, LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Case No. <br><br> **CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff American Traffic Solutions in compliance with the provisions of: *(check one)*

⊠    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1  ☐  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐  No such corporation.

☒  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  The Goldman Sachs Group, Inc. owns 31.6% of American Traffic Solutions' parent corporation, ATS Consolidated, Inc.  ATS Holdings, LLP owns 65% of ATS Consolidated, Inc.

☐  Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*
  _____ Relationship _____

☐  Other (please explain)
  _____
  _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein**.

3667038v1                                    2

DATED this 18th day of May, 2011.

OSBORN MALEDON, P.A.

 s/ John L. Blanchard
Scott W. Rodgers
John L. Blanchard
Kristin L. Windtberg
2929 N. Central Avenue, Suite 2100
Phoenix, AZ  85012-2793
Attorneys for Plaintiff

3667038v1                                   3