IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Traffic Solutions, Inc.  )  | CV 11-0985-PHX-SRB |
| )  Plaintiff, ) | **ORDER** |
| vs. ) | |
| Michael J. Lenza, et al. ) | |
| ) Defendants. ) | |

On May 18, 2011, Plaintiff filed a Motion for Preliminary Injunction and a Motion for Accelerated Discovery.

IT IS ORDERED that the above motions will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section II(G), specifically, subparagraph 1b.

DATED this 23rd day of May, 2011.

_____
Susan R. Bolton
United States District Judge