IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| American Traffic Solutions, Inc., | ) | No. CV11-0985-PHX-SRB |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Michael J. Lenza, et al., | ) | |
| Defendants. | ) | |

The Court has reviewed Plaintiff's Motion for Accelerated Discovery.

IT IS ORDERED setting a hearing on Plaintiff's Motion for Accelerated Discovery for Monday, June 6, 2011 at 4:30 p.m.

IT IS FURTHER ORDERED that at the June 6, 2011 hearing the Court will discuss with counsel a date to set Plaintiff's Motion for Preliminary Injunction.

DATED this 31st day of May, 2011.

_____
Susan R. Bolton
United States District Judge