OSBORN MALEDON
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile   602.640.9050

Scott W. Rodgers, 013082
srodgers@omlaw.com
John L. Blanchard, 018995
jblanchard@omlaw.com
Kristin L. Windtberg, 024804
kwindtberg@omlaw.com
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793
(602) 640-9000

Attorneys for American Traffic Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| American Traffic Solutions, Inc., a Kansas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Michael J. Lenza, an individual; Public Finance Strategies, LLC, a Delaware Limited Liability Company; and Photo Enforcement Consultants, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. CV2011-00985-SRB<br><br>**STIPULATION RE HEARING DATE AND EXPEDITED DISCOVERY** |
|---|---|

The parties stipulate that discovery relevant to the issues relating to ATS's Application for Injunctive Relief may commence immediately on the proposed schedule set forth in the accompanying form of Order.  The parties also jointly request that the Court set a hearing date (1 day) for an evidentiary hearing on ATS's Application for Injunctive Relief on the Court's first available date after August 1, 2011.  The parties therefore request that the Court enter the accompanying Notice of Hearing and Order re Accelerated Discovery.

Case 2:11-cv-00985-SRB   Document 10   Filed 06/01/11   Page 2 of 2

1  A proposed form of Order accompanies this Stipulation.

2

3  Dated this 1st day of June, 2011.

4

5  OSBORN MALEDON, P.A.                    JENNINGS, STROUSS & SALMON, PLC

6
7  By  s/ John L. Blanchard                     By  s/ Jimmie W. Pursell, Jr.
       Scott W. Rodgers                              Jimmie W. Pursell, Jr.
       John L. Blanchard                             One East Washington St.
8      Kristin L. Windtberg                          Suite 1900
       2929 N. Central Avenue, Suite 2100            Phoenix, AZ 85004-2554
9      Phoenix, AZ  85012-2793

10     Attorneys for Plaintiffs                      Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

3400625