IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Traffic Solutions, Inc., a Kansas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Michael J. Lenza, an individual, Public Finance Strategies, LLC, a Delaware Limited Liability Company, and Photo Enforcement Consultants, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. CV2011-00985-SRB<br><br>**NOTICE OF HEARING AND ORDER GRANTING STIPULATED ORDER RE ACCELERATED DISCOVERY** |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that a hearing will be held on Plaintiff's application for a preliminary injunction before The Honorable Susan R. Bolton, United States District Court, District of Arizona, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona 85003, Courtroom 502, on **Thursday, September 1, 2011 at 10:00 a.m. (1day).**

IT IS FURTHER ORDERED that all discovery relevant to the issues relating to ATS's Application for Injunctive Relief may commence immediately and:

     a.    The parties shall respond to requests for production of documents, interrogatories, and requests for admission within fourteen (14) calendar days after they are hand-delivered, e-mailed, or telecopied between 8:00 a.m. and 5:00 p.m. on regular business days; and

     b.    Depositions, including those requiring the production of documents at the deposition, may be scheduled upon ten (10) calendar days' notice made by hand-delivery, e-mail, or telecopied service of a notice of deposition between 8:00 a.m. and 5:00 p.m. on regular business days.

IT IS FURTHER ORDERED vacating the hearing on Plaintiff's Motion for Accelerated Discovery set on June 6, 2011.

IT IS FURTHER ORDERED denying as moot Plaintiff's Motion for Accelerated Discovery (Doc. 5).

Dated this 2nd day of June, 2011.

_____
Susan R. Bolton
United States District Judge