Jimmie W. Pursell, Jr. - 19957
jpursell@jsslaw.com
Kerry A. Hodges – 25547
khodges@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| American Traffic Solutions, Inc., a Kansas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Michael J. Lenza, an individual; Public Finance Strategies, LLC, a Delaware Limited Liability Company; and Photo Enforcement Consultants, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. CV2011-00985-SRB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jimmie W. Pursell, Jr. and Kerry A. Hodges of the law firm of Jennings, Strouss & Salmon, P.L.C., hereby make their appearance as attorneys of record on behalf of Defendants Michael Lenza, Public Finance Strategies, LLC and Photo Enforcement Consultants, LLC, "(Defendants") in the above-captioned mater.  Defendants request that Jimmie W. Pursell, Jr. and Kerry A. Hodges be electronically notified with all documents submitted in this matter to the following address:

Jimmie W. Pursell, Jr.
jpursell@jsslaw.com
Kerry A. Hodges – 25547
khodges@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ   85004-2554
Telephone:  602-262-5911

3839044v1(62375.1)

1  DATED June 2, 2011.

JENNINGS, STROUSS & SALMON, P.L.C.

By: *s/Jimmie W. Pursell, Jr.*
    Jimmie W. Pursell, Jr.
    One East Washington Street
    Suite 1900
    Phoenix, Arizona   85004-2554
    *Attorneys for Defendants*

3839044v1(62375.1)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF Registrants.

>Scott W. Rodgers, Esq.
>srodgers@omlaw.com
>
>John L. Blanchard, Esq.
>jblanchard@omlaw.com
>
>Kristin L. Windtberg, Esq.
>kwindtberg@omlaw.com
>*Attorneys for Plaintiff*

>>*s/S. Bermingham*

3839044v1(62375.1)