| | |
|---|---|
| 1 | Name _____ |
| 2 | Bar# _____ |
| 3 | Firm _____ |
| 4 | Address _____ |
| 5 | _____ |
| 6 | Telephone _____ |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |   |
|---|---|---|
|   | ) | No. CIV |
|   | ) |   |
| Plaintiff, | ) | **Corporate Disclosure Statement** |
|   | ) |   |
| vs. | ) |   |
|   | ) |   |
|   | ) |   |
|   | ) |   |
| Defendant. | ) |   |
|   | ) |   |
| _____ | ) |   |

This Corporate Disclosure Statement is filed on behalf of _____ in compliance with the provisions of: *(check one)*

 ___ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

 ___ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1  ___ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

___ No such corporation.

___ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship_____

___ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

___ Other (please explain)

_____

_____.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service:

- 2 -