Jimmie W. Pursell, Jr. - 19957
jpursell@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

Attorney for Defendants

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| American Traffic Solutions, Inc., a Kansas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Michael J. Lenza, an individual; Public Finance Strategies, LLC, a Delaware Limited Liability Company; and Photo Enforcement Consultants, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. CV2011-00985-SRB<br><br>**PHOTO ENFORCEMENT CONSULTANTS, LLC'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Photo Enforcement Consultants, LLC in compliance with the provisions of: (*check one*)

   <u>  X  </u>   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   <u>       </u>   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   <u>       </u>   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the

3886385v1(62375.1)

statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

<u>X</u>     No such corporation.

___     Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (*Attach additional pages if needed.*)

_____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

___     Other (please explain)

DATED this 25th day of July, 2011.

                          JENNINGS, STROUSS & SALMON, P.L.C.


By:     */s/ Jimmie W. Pursell, Jr.*
      Jimmie W. Pursell, Jr.
      One East Washington Street – 19th Floor
      Phoenix, AZ  85004-2385
      Attorneys for Defendants

**<u>CERTIFICATE OF SERVICE</u>**

☒  I hereby certify that on July, 25, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing

☐  I hereby certify that on July, 25, 2011, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:


By     */s/ Sue Bermingham*

3886385v1(62375.1)              - 2 -