Jimmie W. Pursell, Jr. - 19957
jpursell@jsslaw.com
Kerry A. Hodges – 25547
khodges@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| American Traffic Solutions, Inc., a Kansas corporation, | No. CV2011-00985-SRB |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Michael J. Lenza, an individual; Public Finance Strategies, LLC, a Delaware Limited Liability Company; and Photo Enforcement Consultants, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

Notice is given that the parties in the above-captioned matter have reached a settlement in principle.  Defendants respectfully request this Court vacate all currently scheduled hearings and deadlines as they relate to this matter.  Defendants further represents that the parties anticipate executing the settlement documents and filing the dismissal documents within the next 30 days.

DATED August 4, 2011.

             JENNINGS, STROUSS & SALMON, P.L.C.


             By: *s/Jimmie W. Pursell, Jr.*
                Jimmie W. Pursell, Jr.
                One East Washington Street
                Suite 1900
                Phoenix, Arizona   85004-2554
                *Attorneys for Defendants*

3897556v1(62375.1)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF Registrants.

>Scott W. Rodgers, Esq.
>srodgers@omlaw.com
>
>John L. Blanchard, Esq.
>jblanchard@omlaw.com
>
>Kristin L. Windtberg, Esq.
>kwindtberg@omlaw.com
>*Attorneys for Plaintiff*

<u>     s/S. Bermingham          </u>

2

3897556v1(62375.1)