**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone  602.640.9000
Facsimile  602.640.9050

Scott W. Rodgers, 013082
srodgers@omlaw.com
John L. Blanchard, 018995
jblanchard@omlaw.com
Kristin L. Windtberg, 024804
kwindtberg@omlaw.com
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793
(602) 640-9000

Attorneys for American Traffic Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Traffic Solutions, Inc., a Kansas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Michael J. Lenza, an individual; Public Finance Strategies, LLC, a Delaware Limited Liability Company; and Photo Enforcement Consultants, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. CV2011-00985-SRB<br><br>**STIPULATION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION AND FINAL JUDGMENT** |

Plaintiff American Traffic Solutions, Inc. ("ATS") and Defendants Michael J. Lenza, Public Finance Strategies, LLC, and Photo Enforcement Consultants, LLC (collectively, "Defendants"), stipulate to the entry of the accompanying Stipulated Permanent Injunction and Final Judgment in this matter and request that the Court enter the same.  Nothing contained herein, or in the accompanying injunction, shall be construed as an admission of liability, but is the result of a compromise fully resolving this litigation.

DATED this 2nd day of September, 2011.

OSBORN MALEDON, P.A.

By s/ John L. Blanchard
   Scott W. Rodgers
   John L. Blanchard
   Kristin L. Wright
   2929 N. Central Avenue, Suite 2100
   Phoenix, AZ  85012-2793

Attorneys for Plaintiff

JENNINGS, STROUSS & SALMON, P.L.C.

By s/ Jimmie W. Pursell, Jr. (w/ permission)
   Jimmie W. Pursell, Jr.
   Kerry A. Hodges
   One E. Washington Street, Suite 1900
   Phoenix, AZ  85004-2554

Attorneys for Defendants