IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Traffic Solutions, Inc., a Kansas corporation,<br><br>Plaintiff,<br>vs.<br><br>Michael J. Lenza, an individual; Public Finance Strategies, LLC, a Delaware Limited Liability Company; and Photo Enforcement Consultants, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. CV2011-00985-SRB<br><br>**STIPULATED PERMANENT INJUNCTION AND FINAL JUDGMENT** |

Upon the stipulation of Plaintiff American Traffic Solutions, Inc. ("ATS") and Defendants Michael J. Lenza, Public Finance Strategies, LLC, and Photo Enforcement Consultants, LLC (collectively, "Defendants"), and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

As used in this Order, the following definitions apply:

(a) "Restricted Period" means the period between May 18, 2011 and August 18, 2012. The Restricted Period shall be extended by the length of any time during the Restricted Period in which Defendants are in breach of the restrictions set forth in this Order. The existing contract between

Defendant Public Finance Strategies, LLC, and Nassau County, New York shall not be considered a breach of this Order, nor will Defendant Public Finance Strategies, LLC's continued collections services to Nassau County, New York, pursuant to that contract operate to extend the Restricted Period.

(b) The term "Business Territory" means the states of Connecticut, Illinois, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Rhode Island, and Vermont.

(c) The term "Restricted Field" means the business of manufacturing, developing, marketing, consulting about, and/or selling photo-traffic enforcement software, technology, techniques, equipment, consulting services, or any other business activities in which ATS engaged during the term of Mr. Lenza's employment with ATS.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that during the Restricted Period, Defendants and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are enjoined and restrained from directly or indirectly engaging in any Restricted Field activities in the Business Territory, and from having any business relationship with any person or entity that engages in Restricted Field activities in the Business Territory.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Order adjudicates all of the claims, rights, and liabilities of the parties in this action regarding all the claims in Plaintiff's Complaint and Defendants' Counterclaim and terminates this action, with each party to bear his or its own costs and attorneys' fees.

Dated this 6th day of September, 2011.

_____
Susan R. Bolton
United States District Judge